IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


UNITED STATES OF AMERICA, )
                    Plaintiff )
                             )
v.                           )     No.   2:19-cv-02084-PKH
                             )
HEATHER ELIZABETH MASHBURN,  )
                    Defendant )


COMPLAINT

Comes now the United States of America, and for its cause of action against the Defendant, Heather Elizabeth Mashburn, states:

1.      This is an action brought pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001 et. seq., and the Court has jurisdiction of this action pursuant to 28 U.S.C. § 1345.

2.      Venue is proper in the Western District of Arkansas pursuant to 31 U.S.C. § 3732(a), 28 U.S.C. § 1391(b), and 28 U.S.C. § 1395(a).

3.      The Defendant resides in Sebastian County within the Western District of Arkansas.

4.      The Defendant did knowingly convert to her own use, $13,564.80 belonging to the Social Security Administration, an agency of the United States of America.

1

WHEREFORE, Plaintiff, United States of America, prays for judgment in personam against the Defendant, Heather Elizabeth Mashburn, for the principal amount of $13,564.80 and that the Plaintiff have such other proper relief to which it is entitled.

DUANE DAK KEES
UNITED STATES ATTORNEY


By: *Mark W. Webb*

Mark W. Webb
Assistant U. S. Attorney
Ark. Bar Number 77141
414 Parker Avenue
Ft. Smith, AR  72901
Phone:  (479) 783-5125
Fax:  (479) 441-0569
Email:  mark.webb@usdoj.gov

2